Jodi Pastore
9 Stack Drive
Staten Island, N.Y., 10312

2/14/2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y., 10007

Re: Steven Pastore

Dear Judge Forrest:

I am Jodi Pastore, the wife of Steven Pastore.  I live in Staten Island, N.Y. with Steven. I have been married to Steven for almost 30 years now. I'd like to let you know a few things about him before you make your final judgment in his case. I know he made a mistake but I am urging you not to incarcerate him.

I would like to start by letting you know the type family man and father Steven is:

We are an old-fashioned couple. Home-cooked family dinner every night, 6 p.m. don't be late. No cell phones at the table. We go around the table and talk about what went on in our day. School was very important to Steven.  It was their job to do well.

1

Steven would ask them questions about history, math or reading their reports. Steven had standards for the children. There was always someone's friend eating over with us, our door was always open. There are holidays and celebrations in our home filled with family and friends. Our children played all different games in the front of our house.  They always laughed when Steven would show them a game that he grew up playing.  To this day they tease Steven that it's 2018.  Steven's reply is always the same - "In this house it's 1960." Steven wanted a better life for our children.  He always stressed the importance of being hard-working, responsible and loving.

Steven and I have a son **Anthony,** who is 27. Anthony went from diving scholarships to 3 colleges to a homeless person with a heroin addiction (10 years now).  Steven was there through all the overdoses(6), rehabs(8), he has helped him get job after job - Anthony is a union plumber, like his dad. We have lived a "tough love" life with Anthony, but we always were in contact with him. This past summer he went missing, everything changed. We sometimes don't speak to him now for months at a time, he stopped working and left his apartment, at this point we don't know where he is or if he is alive. I'm nervous all the time, anytime the phone rings, my heart sinks.

I am always on edge waiting for the other shoe to drop.  It is exhausting and terrifying. What I realize as I'm writing to you, I fear getting that unconsolable call, and not having Steven by my side.

We love our son and we will never give up on him. Steven searches for him constantly (drug dens we know of), walks around asking people if they saw him. Steven continues to try to show our son that we all make mistakes and his Dad will always be there for him to help him rebound, to show him Dad cares, loves him and will help him by standing with him as he tries to recover. Steven also believes that much of it is now in God's hands.  Steven is in church weekly praying for us and our son Anthony's safe return to our world, our family.

Our **Nicholas** is now 22.  Baseball, basketball, swimming, all events, Steven didn't miss any, But the good times are easy.  Steve also slept on a broken chair in the hospital for three days while Nicholas was having surgery and everything was going wrong.  Steven never wanted him to think he was alone and he wasn't.  Steve was there.  Steve showed his children how to be supportive in every way and every day.

Steve always taught them, especially in times of crisis, to stand tall together, stay calm, listen to each other and do what you need to do with a well thought-out plan and an open heart. To Steve, family is everything. I worry about Nicholas. I worry that, should Steven be taken from our home, he will feel the burden of trying to be the "man of the family."  It's a heavy burden to carry.

"I'll do anything for you."  That's Steven and **Janine**'s world. To Steve that meant teaching his only daughter to always do your best and be your best, particularly towards the ones you care about, starting with yourself.  The bond that Steven and Janine have is very special.  She is safe because of the way he takes care of her.  At 21 she is still his baby girl.   Life for her will be particularly hard without him. She lives at home and depends on her dad.  Till the day she marries, Steven feels responsible for her happiness and most likely after marriage too.   For her, the Daddy that waits up for her every night won't be there; the ride home together from the ferry after work won't be there; the simple times laying together watching TV, talking about career choices, laughing or even times of sadness won't be there. Her rock won't be there.  It is heartbreaking.

And then there is our son **Bobby**, who has Autism.   Bobby is now 20. Bobby has had many challenges - from not speaking for many years, to not being able to use the bathroom (until he was about eight years old) to dealing with a whole host of unpredictable (and sometimes agonizing) frustrations that throw off this atypical boy.

Steven tackled this unknown time with patience, compassion and determination that one day Bobby would grow into a productive adult. Twenty years later, Bobby is now in a school work program and living a productive and happy life in his world.  Even though he is never unsupervised, there is a legal guardianship for the rest of his life and he will always have challenges (he is evaluated in the 1% of capability of his age group, which is the lowest percent assigned), this young man is now able to express himself and he is filled with love, compassion, strength and confidence. Taught to him by his dad, now Bobby is able to do things on his own. Without Steven here with him, his world will go into crisis. Without stability, it is very difficult for Bobby to function.   I'm very worried this instability may affect him drastically.

5

When something dramatic happens, there is a downward spiral.  Bobby has worked so hard to get to the level he is at.  Going backwards and having to climb those mountains again would be extremely difficult and sad to watch.

All our children are different but there are common threads. They all have a protective instinct.  They all are nurturing and encouraging. They all have family values and loyalty, and they all have grown to have the courage to be who they are.  All of this was shown to them by the actions of Steven.

As for me, Steven's spouse of 30 years, I have witnessed the struggles Steven has had to face.  Before I even met him, Steven had already lost his brother (when he was 15) and his mother passed away (when he was 24). It was a broken family and, at 25, Steven was pretty much on his own. Steven worked as a union plumber for 35 years.  He is now retired and on full disability but during those 35 years he would come home with many burns and bruises all the time.  He had many surgeries on his back, feet and shoulders due to the physically demanding nature of this type of labor.  Despite the difficulties, Steven always got up to go to work at 5 a.m. and worked till the day was done.

Every day, no matter how much pain, cold, hot, his two heart attacks and a quadruple bypass (all by the time he was 40) he went to work - and we still lost everything he worked so hard for.  It may have been too much for someone else, but not Steven. He is a survivor, and we just started over and built back.  He overcomes struggles.

Steve has also had success - in being a father, brother, husband and the best kind of friend to all of those he loves.   Steve is loved by so many and perceived in a wonderful way by those who know him, because of the qualities of his character. People know he is a good man.

Steve has always tried, with some mistakes, to be an endlessly dedicated, selfless, devoted, loyal and traditional man. Through all the ups and downs, Steve has supported me and tried to give me a wonderful life. I have never worked outside the house during our married life.  My job in our partnership was always to care for the children, to be a homemaker. Steven, he did it all to provide for me and the kids.

7

These days, Steve has also taken on responsibility for helping to care for my father, who is 85 and has Parkinson's Disease. Steve takes my father to his doctor appointments, makes sure he has everything he needs, and most of all, gives a lonely man a person he can talk with and knows he can count on. Steve makes my father feel safe.

Steve always jokes that he is at the bottom of the totem pole, and he is. He is the foundation, and the foundation is the most important part. It is the strength and the backbone on top of which everything else is built, and that is what Steven is to our family.

If you sentence Steven to jail, which I know you may do, Steven's time away will be devastating to our family. Steven's concern is for us, first and foremost.  The biggest mistake of his life will end up critically hurting his family. Not only will he be gone, but our financial situation will be changed significantly. We live month to month on Steven's social security & disability pension.  If he is incarcerated, we will lose these funds as well as our health insurance, because it's obtained through the pension.

These funds, that Steven worked his whole life and destroyed his body for to support us, if he is in federal custody, will disappear.  This is the money that we have lived on for almost 10 years now. I honestly do not know what we will do. This will be another hardship for the whole family.  Steven and I haven't told the children this information yet. They have had too many life-altering moments already, none of which had to do with their own actions.

Your Honor, no matter how hard I try I could never go out and recoup that kind of money ($4400.00) a month.  I haven't worked in almost 30 years. I have no career and, with my son Bobby needing supervision 100% of the time, there are not enough hours in the day for me to work to make a decent income.  We may just lose everything again.

"How will she do it all? Alone."  This is Steven's concern. Steven regrets everything he did that led him to you. So before you sentence Steven, please consider the man Steven Pastore really is. The man I live with and depend on every day.

I would like to thank you for taking the time to read this letter.

Respectfully

Jodi Pastore

9

Nicholas Pastore
9 Stack Drive
Staten Island, New York 10312

February 24, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Judge Forrest:

I'm Nicholas Pastore, the son of Steven Pastore and I'm writing this letter to beg you for leniency when my fathers sentencing date comes. I want to try to give a little bit of insight into the man that my father really is and not what his mistakes may say about him. For me writing this letter is not very difficult at all because of the immense list of things my father has done for me to support me.

Since I can remember there hasn't been a moment my father wasn't there for me, both good and bad times. Well, not just me, but my siblings, my mom, my cousins, my aunts, my uncles, my friends, my neighbors, everyone. That's the type of person my father is, he will drop anything to give someone a hand. That is something I'm proud to say he's passed on to me. But to me what's more telling is that he doesn't do it for anything in return. He would actually get annoyed if someone looked to repay him in some way. He always told me "I just do it because it's the right thing to do".

1

My father always took me along with him, and at the time I probably hated it, but now I understand why it was so important to be on those trips. Helping someone in need is the ultimate way to become self fulfilled and I now share that special feeling that my dad always does when he helps someone.

My father always taught me by example, He never specifically taught me about having a great work ethic but, for 40 years he got up quietly and went to work, I just knew when his car was gone and he would come back dirty and bruised. That is another valuable lesson that I learned from him. My father's work ethic is incredible. Like I mentioned earlier every morning for 15 years of my life and another 25 years before that he got up every morning, whether is was hot or freezing, dangerous or safe, sunny or rainy and worked his body to exhaustion. He gave so much to his family and his profession it led to his disability. Heart, shoulders, back, feet issues and probably more that he never told anyone about have led to a steady decline in his health and I'm worried him being gone may continue that decline.

There are two absolutely crucial reasons why I plea to you for leniency and that's because of my brothers, Anthony and Bobby. Anthony is my older brother who struggles with a horrible heroin addiction since I can remember. In my eyes, my brother should've been gone, and I think its a miracle we haven't lost him yet but then I realize it's my dad.

My father is constantly the one who takes all the punches when it comes to my brother. Not upset the house. Yet, he is there for him every time when it matters. When he's overdosed my dad was at his hospital bed, when he's gone to rehab my dad was walking through the doors right behind him and visiting every weekend without question. Most importantly for me, when I started to hate my own brother and not care anymore, my dad showed me how to be compassionate and how to forgive him for the hardship he has caused everyone around him. To me, that was the most important lesson I will ever learn.

For Bobby it is different. Bobby, my younger brother who has autism. Over the years I've been able to watch Bobby grow and become a person, not just a being. For a long time it was Bobby screaming or Bobby having accidents or Bobby biting. For years this behavior went on. Today I look at Bobby and you can't help but to be proud of his progression. He's made great strides and while he'll never be on his own, he will be happy and lead a meaningful life. This again is because of my father. He never quit on Bobby, while Bobby was frustrating everyone else around him, my dad was there to scoop him up. My dad's work with Bobby was incredible. It's so difficult to put into words all that my father has done for Bobby. It's hard to say because it has been happening for so long and it's such a slow process you often don't even realize all that my father is working on with Bobby.

All that being said, Bobby is an on going project, almost like a construction site. I'm afraid of what will happen to Bobby the same way like a construction site, if we take the most crucial member of the team away. Will all the progress and work just stop, will he begin to regress? I hope not. These are questions I cannot answer till that time comes.

I hope that this letter reaches you with an open heart. My father has made a terrible mistake and he doesn't hide from that and I know he regrets it at every moment, he's disappointed in himself and we're all extremely disappointed in him, but that doesn't mean he's not good man, because he's the best I've come across. My father means so much to me and everyone around him. Losing him for any amount of time would hurt tremendously.

Respectfully,

Nicholas Pastore

Janine Pastore
9 Stack Drive
Staten Island, New York 10312

Hon. Katherine B. Forrest

United States District Judge

Southern District of New York

500 Pearl Street

New York, N.Y. 10007

February 22, 2018

Dear Judge Forrest,

I am writing this letter to tell you a little about my father, Steven Pastore.  I am the third of his four children and his only daughter.  I really want you to understand how amazing and special he is and how important he is to me and my family. He is truly my best friend and I would be lost without him.

Since I was young, my dad has always been my favorite person in the whole world.  I have admired him and looked up to him since as long as I can remember.  He was very involved in our daily lives, driving us to school and to our after-school activities.  At 21-years-old I can honestly say that he is still that same person in my eyes.  He still waits up for me to come home every night that I go out and I love knowing that he will be there when I get home.  We have always had a very special relationship and the strongest bond I can ever imagine.  No matter how old I get and

where my life takes me, my favorite part of the day is when we meet up at night on the couch and watch our favorite television shows together.

Growing up my father was always there for me.  I can't remember anything important going on in my life without him being by side.  He was a strict father making sure my brothers and I were always doing what we were supposed to but at the same time he made us always feel comfortable going to him if we had ever had a problem or needed to talk. I have always known that he would be there to help me through anything and he is still the first person I go to when I need advice. He has always made me feel protected and safe, and I know he is always looking out for me.

He is truly one of the best men I have ever known.  He is the rock of our family and the glue that holds it all together.  He has always been there to support my mother, my brothers and me.  He has taught us how to be good, trustworthy, reliable and hard-working people.  He taught us the importance of going to church every Sunday and we still do that together every week.  Everyone who knows him knows that they can always count on him and he drops everything to be there for anyone in need.

I am also very concerned about his health.  He has a history of heart trouble and recently had a heart attack that scared us all tremendously.  It hasn't helped that he has had so much extra stress placed on him over the last few years.  My brother Anthony has been struggling with a drug addiction for several years and I can honestly say that he wouldn't even be alive right now if it wasn't for my dad.  I have watched him try absolutely everything to get him the help he needs.  He pushed him into rehab after rehab, tried to help him get job after job, and bailed him out of jail.  When we hadn't heard from my brother for several weeks this past summer I

watched my father drive around the entire neighborhood looking for him, sitting in his car parked on a corner in hopes he would see him, and walking around asking people for information praying that it would lead us to find him.  Even when he took the tough love approach, my father has never given up on him and I know that he is always trying to think of new ways to help him.

My father is a huge part of all of our lives, but he has especially been a tremendous part in helping my brother Bobby get to where to he is today. Bobby is autistic and for many years his behavior was very difficult for my family.  My parents fought to make sure that he had every opportunity possible and it took many years to create an environment that is perfect for him.  The most important thing for Bobby is a consistent routine and stable home life and we have always done everything to make it just right for him. My father's role in Bobby's life is very important and any major change in Bobby's life will be a huge set-back for him.

We really will all be lost with him.  I am begging you to see my father for the amazing man that he is and to please be lenient in his sentencing. Thank you for taking time to read this letter.

Sincerely,

Janine Pastore

Donna Conigliaro
750 Stafford Avenue
Staten Island, New York 10309

February 19, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Judge Forrest,

My name is Donna Conigliaro and I am Steven Pastore's sister. I live in
Staten Island only a few minutes from my brother.

My brother and I have always been incredibly close. When he was just 15-
years-old, we lost our only other sibling, our brother, to a drug overdose.
Even at such a young age, Steven stepped up as the man of the family, as
my parents were divorced at the time. When he was in his 20's we lost both
of our parents, leaving only the two of us remaining in our immediate family.
As you can imagine, those losses created an exceptionally strong bond
between us. We are a huge part of each other's lives.

Steven is truly one of the best men I know. He is kind, thoughtful, trustworthy
and loyal. He is dedicated and has worked extremely hard all of his life. He
loves with all this heart and gives all he has to give. That's just in his nature.
He is completely selfless and never asks for anything in return. Everything he
does is always 100% for his family. He has made many sacrifices and
overcome countless struggles in order to be the best husband, father,
brother, uncle, and friend possible. He would literally do anything for anyone,

/

and never says no to someone in need. No matter what is going in his life he always manages to put everyone above himself.

Steven has overcome obstacles in his life that would tear down even the strongest people. He suffered from two heart attacks, had back surgery and a quadruple bypass surgery all before the age of 40. He pushed through the pain and always amazed doctors at how quickly he got back on his feet. Through it all he never skipped a beat being the best man he can be, especially the best father. And he never once stopped taking care of his family.

I'm sure you will read letters from his four children and see how special their relationship is and how important he has been in their lives. They all depend on him greatly and their lives will be turned upside down by having their father sent away. Most significantly is the damage it would cause to his autistic son, Bobby. I have observed the struggles my brother and sister-in-law went through in order to get Bobby to where he is today. When he was younger he could barely go anywhere other than the homes of close family. He needed constant attention and was unable to do anything on his own. He was visibly frustrated and it caused tension with everyone around him. My brother has played a critical role in helping break down so many barriers and overcome so many obstacles for Bobby. Consistency has been and still is, so important for him.  They have sacrificed tremendously over the years to create the perfect, happy world that Bobby is now thriving in. It is amazing to see the young man he has become.

 I have also seen him have to watch his oldest son Anthony go down the same path that we saw destroy our brother's life. It has been excruciating. He

has tried everything to get him the help he needs and has never once given up on him. Sadly, this is an ongoing battle.

Even though he is my younger brother, he has always been the one to take care of me. He has been my biggest support system and strongest role model, most recently through my battle with breast cancer six years ago. He was by my side through my multiple surgeries, chemotherapy, and radiation. Many times, he drove me to the city for my doctor appointments and he spent hours sitting in hospital waiting rooms for me.

I truly do not know a better man than my brother. He means so much to everyone around him and we will all be loss without him. I am pleading with you to please be lenient when sentencing my brother and consider what a wonderful man he is and how much his family needs him. Thank you so much for your consideration.

Respectfully,

Donna Conigliaro

Sandee Campanella

304 Manhattan Street

Staten Island, New York 10307

February 24, 2018

Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Dear Your Honor,

I am writing to urge leniency in the sentencing of my uncle, Steven Pastore.  My name is Sandee Campanella. I am Steven's niece. To say he has been there since I was born would be an understatement. He is the family member I can honestly say has been there for me through every aspect of my life. From just eating Sunday dinners and celebrating birthdays, to being there as I delivered my first baby.

As a child he was always my favorite uncle. I have so many memories of him. He did everything with us. He took my sister and I to places like the Statue of Liberty and amusement parks. He always treated us like we were his own. When he did have kids of his own we were one big happy family. I am the godmother of his second child. He is an amazing uncle but an even more amazing father. Having 4 kids can be really hard.  But

you would never think it was for my uncle, even with having one child who is autistic, which was definitely a challenge. He has always been a very hands-on dad and has always worked hard to make sure his children had everything they could ever need.

At one point in my life he moved in with us when my parents were divorced. He was the father figure in my life. He was my role model. All of my friends love him and call him "Uncle Steven." He was there as I graduated high school, went to college, and got my Master's Degree in Early and Special Education. He was there when I introduced my husband to my family. My husband also admires my uncle so much because he knows he would do anything for us. He was there to walk my mom down the aisle at my wedding. Most importantly he was there the day I was going to take my newborn son home from the hospital and even changed his diaper because my husband and I were afraid to.

I have an 8-year-old son and 5-year-old daughter who love their uncle Steven so much. Their faces light up every time he walks into a room. He comes to all my sons' games and drops by to visit them all the time.  My uncle really enjoys spending time with them and having them around.

I know my uncle has made some mistakes. However, I just want to paint a picture of who he really is. He is one of the best people you will ever know. He is a man who always puts family first and would do anything for anyone. I don't know what our family will do without him.

I know that the right course of action will be considered by the justice system. Thank you for considering this request for leniency.


Sincerely,

Sandee Campanella

Nicole Barone
409 Colon Street
Staten Island, New York 10312

February 24, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Judge Forrest:

My name is Nicole Barone and I am Steven Pastore's niece. I live in Staten
Island, less than ten minutes away from my uncle.  As you consider his sentence, I
hope that I can provide you with a little glimpse into the kind of man that he is.  As
my mother's brother and my Godfather, Steven has been an active and influential part
of my life since I was born. He and my mother lost their brother before I was born,
and both of their parents when I was very young, so they have always done
everything to assure that our families were very close. When his children were young,
my uncle moved his family to Staten Island to be near our family. For as long as I can
remember, we have always celebrated every holiday and birthday together, and
shared many weekly dinners.

I cannot remember a single important event as a child where my uncle was not
there. He was always the fun uncle and someone my sister and I always looked
forward to coming over.  When he married my Aunt Jodi they would often let my
sister and I sleep over just for fun.  We would make crafts, play games and go to
different places. He was always looking for ways to make us laugh and have fun.

Steven has always been someone that I, and everyone around him, can count on. He is a true representation of a loyal, reliable, and trustworthy family-man.  I have three young sons who look up to and admire him. Living so close to my uncle we see him often. He stops by my house just to say hello, to check in or to see if we need help with anything. When my husband travels for work he drives by my house just to check on me.  He even offers to drive my kids to school when the weather is bad so I do not have to bring my 13-month-old out in the snow.  He often comes to my support and cheer on my kids and my nephew at their various sporting events.  He even showed up at my sister's new house on move-in day asking how he could help only days after having a heart attack (we practically had to kick him out!) He never passes on an opportunity to help someone and always puts the needs of others above his own. My family has certainly put that to the test over the years.

A few months ago, I was having construction done at my house.  With my husband working full-time and me having three small kids with me at all times, it was often very difficult for me to be at the house to wait for workers or meet with inspectors.  As always, my uncle was the first to step up and spent many days at my house checking on the workers and helping to resolve any issues they had.  He was a tremendous help to us through that long and stressful process.

Last year I spent two weeks in the hospital due to complications with my pregnancy. He came to visit me in the hospital every couple of days just to keep me company and get my mind off things.  He is the type of person that if you tell him not to come and not to worry, he will just say "sure no problem" and show up anyway with food and magazines.  Even if he just waits outside and doesn't say a word, you always know that he will be there no matter what.

My uncle's priority has always been his family.  His dedication to my aunt and cousins is obvious to everyone who knows him.  The struggles with his son Bobby, who is autistic, and his son Anthony's drug addiction have proven, even more so, how strong and committed he is as a father.  Through it all, he still manages to be the best father, husband, brother, uncle, and friend to everyone else.  No matter what is going on in his life, he always puts a smile on his face and pushes forward.

I worked as a prosecutor at the Nassau County District Attorney's office for several years after graduating law school. I am no stranger to the justice system and criminal law process. During my time there, I saw many different types of cases come across my desk and I know first-hand that many good people can still find themselves in front of a criminal courtroom. It is important to me that you know that my uncle is one of those good people. He goes above and beyond for every single person he knows and has a significant impact on the life of everyone he knows. He is truly one of the best men I have ever known.

I am pleading with you to be lenient when sentencing my uncle.  I assure you that any consideration in his favor will be well-deserved.  Thank you for taking time to read this letter.

Respectfully submitted,

Nicole Barone
Nicole Barone

Page 1

Rosemarie Reese
20 Averly Place
Smithtown, N.Y. 11787

2/14/2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Steven Pastore

Dear Judge Forrest,

I have known Jodi, Steven's wife since we were five years old, along with her wonderful parents and family. I being of the Catholic faith and she Jewish, together we shared holidays. When Steven came into the picture I saw what a genuine man he was. Steven went above and beyond learning about Jodi's family rituals.

I remember meeting Steven's Aunt Lizzy. (78) At the time she was living with him and he took care of her like a loving son would of his own mother. I was sure Steven was perfect for my friend, Jodi.

Steven is not only a wonderful husband, he is outstanding dad. If you had an opportunity to see him in his home with his family you would get an understanding of how special it is. It is a family relationship many strive for.

Page 2

To watch Steven interact with his son Bobby, the patience, the kindness is overwhelming. I have witnessed the how loving his was to Jodi's mom that has now passed and how he treats her dad with such dignity and respect.

Steven comes over to my house my kids think it's fun day "Uncle Steven is here." When I had come to a crossroad in my own life, They were there for me and my two young babies. I know I was safe and supported.

When you enter their home, you are treated as family. The loving banter between Jodi and Steven after all these years together is priceless.

Together over 30 something years we've celebrated many happy times and got thru many rough moments due to illness, death and everything else life throws at you. We've come through it together. I pray for this moment to pass.

I understand Steven will be sentenced soon, So I beg you for your leniency, he a good man and desperately needed at home. Please you honor see the good in him thru my words.

Respectfully,

Rosemarie Reese

*Rosemarie Reese*

Lee Frankel
105 Regal Pine Ct.
Cary, N.C. 27511

February 22, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Steven Pastore

Your Honor:

My name is Lee Frankel, and my sister Jodi is married to Steven Pastore. My understanding is that you are responsible for Steven's sentencing, and that you seek to consider all factors in determining what is right.  I am writing to tell you about the Steven Pastore that I know.

Steven had a difficult childhood.  While I will spare you the details (or leave it to others to share), I believe it was the challenges that Steven faced as a child that fostered his fierce and unwavering commitment to ensuring that his children grow up feeling loved, secure and protected.

They shouldn't be spoiled, and they should learn to do for themselves and stand up for themselves but, should they struggle, should they feel threatened in a way that they cannot handle, should the challenges become too great …. Daddy's got them.

And there have been challenges…. Steven and Jodi's youngest, Bobby, is autistic. Bobby is loving; he is charming; he is funny, But it is not easy.  There is no question that, despite outward appearances whereby Steven and Jodi make it look easy, this child (now a man) has special needs.  Steven, with Jodi, has to make sure his schedule, diet, surroundings, etc. are never upset.  Steven, with Jodi, needs to ensure that he is always with people who can be trusted with him.  Steven, with Jodi, needs to make sure that every day is planned and that Bobby is secure. It is a constant and evolving challenge.  Bobby, as a child, is very different from Bobby, as a man.

1

And, it is not easy.  Steven is an old-school dad who owns his responsibility for ensuring every child has what he or she needs.  Steven is Bobby's ultimate protector.

Steven and Jodi's oldest, Anthony, is a heroin addict.  Anthony was a glorious child.  Smart, beautiful, talented, loving, happy….everything you would hope your child could be.  Early in high school he found drugs, and it has been a terrifying struggle ever since.  Last summer, we thought we lost Anthony (if you google "Anthony Pastore" you will see our desperate search to find him).  It was agonizing.

Unbeknownst to us, Steven, quietly, every day drove to the "dealer locations" and sat for hours upon hours in his car hoping to spot Anthony or someone who might know him.  We didn't know that Steven was doing this – he didn't want to get other family members' hopes up (many in the family feared that we had already lost Anthony).  Steven was doing what he needed to do to find (and protect) his son.  Thankfully, Anthony was found. His dad, with a somewhat tough love approach, will never stop helping him.

There have been too-many-to-count health challenges.  From a very young age (30-something) Steven's big and loving heart (one he often tries to hide) has also been diseased.  There have been numerous heart attacks and heart surgeries – some that put tremendous fear in all of our hearts.  Steven lives with the condition, and quietly does what he needs to do to manage it.  But it is there.

In addition, due to years and years of physically demanding and accident-laden work as an industrial plumber, Steven endured back and other debilitating health issues.  Steven pushed his body to its limits and, eventually, his body broke down.  He was trying to support his family.

Health challenges lead to financial challenges.  I love Steven and find it difficult to reconcile the Steven that I know with the Steven that is accused of the actions involved here but I believe, with all of my heart, that whatever choices were made were made in a stupid (he would hate that word) and misguided attempt to support and protect his family.  As mentioned, Steven is an old-school dad.  He needs to support and protect.
And, it is not just his immediate family that Steven supports and protects.  No – it is everyone he loves.

I live in North Carolina now.  There have been countless times that when I asked about who was taking care of something for my Mom and Dad, the answer was "Steven".

2

Who is taking Mom and Dad home from the restaurant? – "Steven"
Who fixed the alarm, the plumbing, the back door, etc.? – "Steven"
Who made sure everything was back on after the blackout? – "Steven"
Who ran to the pharmacy because the prescription had run out? – "Steven"
Who stopped, for no particular reason, just to make sure they were okay? – "Steven"
Who drove miles after Superstorm Sandy to pick up Mom and Dad, bring them back to Staten Island, reconfigure his home to accommodate them for weeks on end, etc.,etc. – of course it was "Steven"

      Never needed to be asked.  Just quietly took care of it.  Steven and his big heart.


Steven is the uncle that makes sure that every kid has something in his or her piggy bank.
Steven is the friend who makes sure everyone has a ride.
Steven is the dad in the pool that tosses all the kids in the air.
Steven is the neighbor who makes sure no one goes hungry.
Steven is the great-uncle who has every great-nephew and great-niece crawling on his lap.
Steven is the guy who would run into the fire …

I don't know the details of the charges involved here, and they are hard to fathom.  I don't know that Steven.

My Steven is a dedicated and loving dad and husband who is desperately needed by his family -- a family that still faces great challenges.
I hope you will consider leniency as you decide their fate.

I thank you for your time and consideration.


                   With respect and appreciation,


                   Lee Frankel (nee Gussin)
                   Sister-in-Law of Steven Pastore

3

Michael Gussin
100 Banks Avenue apt 1113
Rockville Centre N.Y.

2/18/2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Steven Pastore

Dear Judge Forrest,

I am Michael Gussin and I am Steven Pastore's nephew. I was honored that my Aunt Jodi asked me to write a letter about the strength of character of my uncle, Steven Pastore.

When I think of my Uncle Steven, I think of a loving, reliable, strong family man. Not only did I watch him successfully raise a family of 4, but I was lucky to witness how amazing he was with my youngest cousin, Bobby, who has autism. Bobby was always a handful as a child, running around, screaming, misbehaving… But as a 20-year-old young adult, Bobby is one of my favorite people to hang out with. He has grown up to be a funny, charming, young man, and I think a lot of that is owed to my Uncle Steven. Uncle Steven has always been great with Bobby, setting the tone for the rest of the family to be the same way.

My Uncle Steven will always hold a special place in my heart because he was there for me when I needed someone. I had open heart surgery when I was 21-years-old.

1

My parents, my sister, my cousins, were all there, but none of them could understand what I was going through, which made it very difficult for me. I felt very alone.But once my Uncle Steven arrived, it all became easier. Uncle Steven had numerous heart surgeries that were all more risky and dangerous than mine. He sat there with me in my bed so many days telling me how he knew exactly what I was going through and that he promised it would all be over and I would feel back to normal soon. He told me I was even stronger than he is, and if he could get through it that I certainly could. I never knew how strong and caring my Uncle Steven was until then. At the age of 30, I now look back on my experience of getting heart surgery as a good one because of his guidance, support and love.

So, Your Honor, if you have any questions about the type of man my Uncle Steven is, I hope the above helps you to sum that up: caring, responsible, strong, reliable and overall just an amazing guy to be around and to have as a part of our family. It is very important to all of us to be able to be with Steven Pastore as often as possible and it keeps the family strong. Without him, we will not the same. Any leniency to his situation would be appreciated by our family more than you can ever imagine.

Thank You,

Michael Gussin

2

Mindy Gussin
1299 Corporate Drive #1208
Westbury, NY 11590

2/15/18

Hon. Katherine B. Forrest
United States District Judge
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re: Steven Pastore

Dear Judge Forrest:

My name is Mindy Gussin and I presently reside in Westbury, NY. I am Steve Pastore's sister in law but he is more like a real brother to me.

I understand that Steven will be sentenced soon. I hope that I can tell you a little bit about Steven so you will know why leniency would be appropriate.

I have known Steven Pastore for over 30 years. In that time, the Steven I know is loving, loyal and always there for you if you need him. The day after he had a heart procedure he attended my Father's funeral. I told him he was crazy to come. He told me nothing would keep him from being there for me. I have a tremendous amount of respect for Steven. He is a wonderful husband and father. My children adore him. They know they could always call Uncle Steven anytime they needed him.

Steven is a very compassionate human being. He is a dedicated and exceptional father to his autistic son. He makes it look easy even know we all how hard it is. I hope you will show him leniency because his family really needs him.

Respectfully

Mindy Gussin