Jessica Alava

28 Bloomingdale Rd.

Staten Island N.Y. 10309

2/20/2018

Hon. Katherine B. Forrest

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

RE: STEVEN PASTORE

Dear Judge Forrest,

My name is Jessica Alava, I live in Staten Island N.Y. and Steven Pastore was my neighbor, my friend, my family.

Tonight I was asked to write a letter about who Steven Pastore is to me and why I feel this way about him. As I am sitting here it is hard for me to just write about Steve, when I think of Steve I think of the Pastore Family. The Pastore's are not individuals they are a whole, Jodi, Steve, Anthony, Nicholas, Janine and Bobby. They are the family that always sticks together. They are the family other children may dream about. Dinner is at 6, and if you were around, you better be hungry because they will always have you eat.

1

As kids, If you have a problem with one of the them, you may hear it from all of them. They are always there when you need them and will always have the door open.

I met the Steven and his family 17 years ago when I was just 13 years old. A friend of mine passed away suddenly and life to me could not get any worse. The Pastore's moved in next door and my life changed. Steven gave me a purpose, a reason by giving me support and encouragement. Some may not know what that means but when you are in a bad place, it means a lot.

I started babysitting on weekends and becoming most interested in their youngest son whom has Autism. Due to Steven's do want you gotta do attitude that I am currently a successful Teacher who specializes in behaviors with children and adults with Autism. Bobby can be challenging at times. Unfortunately Bobby is unable to handle change and unable to handle anything out of schedule. If Steven has to be away for any amount of time, I am unsure if Bobby will be able to handle it which means this can disturb his everyday behavior. It can make him lash out on teachers at school and on family at home. Bobby tends to not eat when upset or over eat both leading to him becoming sick. Although Bobby has autism, Steven always accepted him for who he is and the family have gotten through all his behaviors and challenges, TOGETHER. I cannot imagine how they would handle it any other way.

Senior year of high school my parents decided it was best to move to New Jersey and this was devastating for me. When I started school in Jersey I was "bullied" I was different. This is when Steven stepped up, spoke with my mom and welcomed me in their home for the remainder of the school year.

During this time, I had "Boy trouble" a boyfriend who would become aggressive towards me and Steven sat with me for hours until police came to file a report.Steven would pick me up from school, drive me to friends houses, drove me to driver's education and let me drive back home for practice. Steven would even wait up til I came home, because there was a cerfew, something I never had. I was no different than their own children and their children treated me no different than a sibling. Steven's house has always been the house to goto for the neighborhood. Whether it is because the neighbor's dog ran away, the man down the street was sick or someone just needed to talk. Everyone in the neighborhood would come to The Pastore house.

Recently there was an issue with the oldest son Anthony. Anthony unfortunately suffers from severe heroin addiction and he went missing. The amount of over pouring support and kind words from people all over just goes to show how amazing Steven and his family are. When issues occur with Anthony, Steven handles it head on and makes sure nothing changes so it doesn't disrupt the house especially Bobby.

Now today, I now married with my own child. The Pastore's are my son's caretaker since he is six weeks old, he's now 11 months. My son is part of their family just like I am because that is who they are. In their house they have a section with all the things my son needs. High chair, carriage, bottles diapers, lots of toys, and then the just in case he needs things. The joy that is in my son's eyes when he sees Steven just shows me how much he loves him and he feels it. We're lucky.

So lets' get back to why I think so highly of Steven, And why I ask you for no jail time for him. Your Honor please be lenient in your sentencing of Steven Pastore.

Steven is the model father, an ideal man. Steven is there for every birthday, every show. Steven is there when you need a good laugh or even a good cry. Steven is the first to lend a hand when something is broken and needs fixing. Steven from the bottom of his heart, Cares. The Pastore's are a unit. Without Steven with them I am unsure how the household will be able to go on. I am unsure how Bobby is going to handle walking in from school everyday and asking where is daddy? Selfishly, I do not want to see my sons eyes so sad when I walk in and Steve's face isn't there to greet him, with a big smile and his loving arms reaching out. Steve picks him up and my son kneesles his head right into him. Its a beautiful thing. I can only wish for my son to have the happiness, support and most of all the LOVE that I recieved from this family.

Thank you, Your Honor for taking the time to read my thoughts.

Respectfully,

*Jessica Alava (signature)*

Jessica Alava

Stanley Gussin
160-28 87th Street
Howard Beach N.Y. 11414

2/20/2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Steven Pastore

Dear Judge Forrest,

My Name is Stanley Gussin. My home is in Howard Beach, I am Steven Pastore father-in-law.

Your Honor, I'm writing this letter asking you for leniency in the case of Steven Pastore. I met Steven when he was a 25 year old, a young man working hard to find his way.

Through the years, I have learned, you couldn't ask for a better son, brother, friend, husband or father. I have watched Steven grow to be a man. A man that shows love, interred, loyalty, but above all the dedication to his family.

1

Over the 30 years Steven is the one I call. To fix something, pickup something, drive me somewhere. Steven is the first to jump in to help. Steven does what's needed Steven does what's right.

One particular event was Hurricane Sandy. Steven came on his own to check on us (myself and my wife who has now passed do to Alzheimer's) Steven decided it was not safe for us to stay in our home and brought us back to his house and welcomed us for the next 8 weeks.

There were many times with my wife condition that Steven had to drive over from Staten Island to help me pick her up, calm her down, or just be a sitter, no job was to big or small. Steven is still helping me, now I am 85 year old man that suffers with Parkinson's Disease. Steven shops for food, clothing helps me with doctors appointment, really anything I would ask of him. Steven is someone I depend on.

When Steven and Jodi married they took vows. Every one of those vows have been tested. Richer or poorer, Sickness and health. They have overcome because of their devotion to each other. Observing Steven love my daughter Jodi and their children has been my joy. Our family is very close, Steven is a huge part of the team. Personally he has never let me down.

Thank you your honor for considering some of reason I ask you for leniency in the case of Steven Pastore.

Sincerely,

*Stanley Gussin* (signature)

Stanley Gussin

Matthew C. Lucenti
Camp Pendleton, CA 92055

February 26th, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Steven Pastore

Dear Judge Forrest,

My name is Matthew Lucenti and I am a U.S. Marine stationed aboard Camp Pendleton, CA. I am 24 years old and have served on active-duty in the U.S. Marine Corps for over five and a half years, to include a tour in Iraq. Prior to my enlisting, I lived in Staten Island, NY, on the same block as Steven and his family. With Steven being sentenced soon, I hope that I can provide you with a different perspective showing why leniency would be appropriate.

I first met Steven twelve years ago when I befriended his son Nicholas. As Nicholas and I grew closer, I began to spend more time in and around the Pastore home and table than I did my own. Seeing that I was young man that was struggling in dealing with his own family, Steven and his wife Jodi made me feel as if I were one of their own. Though I have since lived in multiple states and countries, time nor distance has had any impact on the relationship I have with Steven and his family. With time's passing, Steven has become more of a personal friend, mentor, and role model than anything.

I have always admired Steven's selflessness, devotion to his loved ones, and being a "man's man." For years I've watched Steven put his family and friend's needs before his own, never uttering any form of complaint. I remember being more nervous to tell Steven and his wife Jodi about my decision to enlist than my own family; not out of fear of repercussion, but because I cared more about not disappointing them than my own family. Not only did he openly support and embrace my decision, but he also drove 12 hours down to Parris Island, SC, to surprise me at my graduation a few months later. A 24-hour round trip in 2 days was tough, but he knew what being there meant to me.

Many of the lessons and values that I teach to my younger Marines were learned from Steven, not the military. Things such as being physically and mentally tough, being grateful for the simple things such as good health and loved ones, and his personal favorite "It's not the size of the dog in the fight that matters, it's about the size of the fight in the dog." We've always liked to laugh when he says the last one, but it's to that mentality that I owe any and all success that I've achieved in life.

I sincerely hope that this letter has provided you with a different perspective of Steven than the one that has been given by the prosecution. With Steven's sentencing approaching, I humbly ask that you be lenient and forgiving.

Respectfully,

Matthew C. Lucenti

Semper Fidelis

2

Elizabeth Strocchia
916 Rossville Avenue
Staten Island, NY  10309

February 12, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

       Re:  Steven Pastore

Dear Judge Forrest:

My Name is Elizabeth Strocchia and I reside in Staten Island, NY.  I am 58 years old and have known Steven Pastore for approximately 17 years.  I met Steven and his family while I was living on Russek Drive in Staten Island.  I am an office manager who works in Midtown Manhattan and a mother of a 25 year old daughter.

I understand Steven will be sentenced soon.  I hope that I can tell you a little bit about Steven so you will know why leniency would be appropriate.

I am asking you to be lenient in sentencing because Steven is a caring, loving, husband to his wife and a wonderful father to his children.  His youngest son is autistic who I have seen grown into a fine young man because of all the love, dedication and time Steven gives to his son and family.

A few days after they moved in, I was approached by Steven and his wife and asked if I needed help with my daughter, who was 8 years old at the time. As a single mom, and working full time, I said "REALLY", how much do you charge for babysitting? The response was we are not looking to charge you, we have kids who go to the same school and would be happy to take care of your daughter while you are at work. I was shocked and tears filled my eyes because I have not met anyone in a long time who does anything from the goodness of their hearts. Stephanie went to their home every morning before school, had breakfast and was walked to the bus stop. After school Stephanie went back to the Pastore's home until I got home from work. Steve always watched out for Stephanie while she was growing up, and to this day, his concern and kindness have not dwindled one bit. When Stephanie was in Steve's care, I never worried. I always knew Steve would look out for her well-being.

Steve has always been a father figure to my daughter Stephanie. My daughter and I have gone through some rough times, but I always had peace of mind knowing Steve was there to help us, along with his family. Steve and his family always provided a safe environment for my daughter and all the kids in the neighborhood. The kids, while growing up, always flocked to Steve's house. His kindness and concern for all the kids were amazing. Always offering, food, comfort, ice cream, a warm home and a good ear to listen to their stories about school, homework, or just about their days. Steve is genuine who always takes care of his family. He has a son with autism and other children of his own to take care of, along with a wife and he always made time for all the other children on the block. Steve is a family man who is caring and giving. Family is very important to him. I have been welcomed into his home to have a Sunday family dinner and

was always impressed with the closeness and respect everyone has for each other.  The family environment brought me back to my childhood.

Over the course of time, my dad moved in with me, he was 80 at the time, and is now 85.  Steve always came to the house to check in on him.  My dad, moving from Brooklyn to Staten Island was life changing for him.  Steve took time out of his day to help my dad around Staten Island until he learned his way around.  Steve always offered to take my dad to any doctor's appointments or just sat with him to keep him company.

I have had some tragic loses over the past 10 years, and the first one to always be there for me was Steve and his family.  Steve would make sure we had food for the repasses, sat with us during services and always checks up on us to make sure we are okay.

Steven never expects anything in return. Whatever he does, it is done out of love and concern for others.  I am truly blessed to have Steve and his family in my life.

Whether it is to have a cup of coffee, a barbeque during the summer, a shoulder to cry on, a Sunday dinner and someone to rely is truly a blessing to me. Starting out as a neighbor 17 years ago to now feeling like I am part of the family is truly a blessing.  I am forever thankful for all he has done to help me and my daughter.

Respectfully,

*Elizabeth Strocchia*

Elizabeth Strocchia



P.O. Box 80303, Great Kills Station, Staten Island NY, 10308

www.wolfespondpoochesinc.org

wwpooches@gmail.com

March 19, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
New York, NY 10007

Dear Judge Forrest:

We the undersigned, Donna Imparato Sayers and John Stassi, are the President and Vice President of the Wolfe's Pond Pooches Association, a 501c-3, not-for-profit organization in Huguenot, Staten Island.

We have known Steven Pastore through the mutual love of dogs, and have had the pleasure of calling him a friend for over 10 years.

We understand Steven will soon be sentenced, and hope to tell you some things about Steven so you will consider leniency appropriate in this matter.

Our members meet regularly to exercise their pets and socialize with other owners. Mr. Pastore, however, was more than just a member. He was a needed and vital volunteer for over 10 years before his beloved Fudge passed away.

As the Associations primary focus is to maintain the off-leash dog park, there is always a job to be done, and Steven was always there to assist us inn all projects. Steven never missed an opportunity to help out at the park. He attended several It's My Park Day events held annually by the NYC Parks Department, as well as assisting the Association during our annual fundraising events. But it was with the major undertakings that Mr. Pastore was most helpful. His assistance and knowledge in erecting a new storage facility

and installing the water faucet inside our park were invaluable to the group as these projects were long on the drawing board, and Steve's direction and help got us to completion.

It is our hope that Your Honor will take into consideration all sides of the person before you. The Steven we know is a kind, caring, dedicated family man and friend, a man we are proud to know.

Sincerely,

Donna Sayers, President

John Stassi, Vice President

Deborah Evans
28 Mason Blvd.
Staten Island, NY  10309

March 23, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  Steven Pastore

Dear Judge Forrest:

I am a longtime family friend and engaged to Steven's cousin; residing in Staten Island, NY.
I understand Steven will be sentenced soon.  I hope that I can tell you a little about Steven so you know why leniency would be appropriate.

I have known Steven since 1978; living in the same neighborhood, Ozone Park, Queens.  Even as a young adult, he was always about family.  Being the only male in his immediate family, both his mother and sister were always his priority, putting their needs first before his own and remains that same man today.  He is a loving father of 4 children, one of whom is diagnosed with autism.  Being the mother of a special needs son myself and working with special needs students for 15 yrs, I know, both personally and professionally, how rare it is to find a man like Steven who dedicates himself the way he does to his son, Bobby, and family.

- Every year Steven makes a commitment to a charity event that raises funds for autism by selling tickets to their annual dinner and auction, which we attend..
- When my fiancé fell off his truck last year, suffering a back injury and could not get up, I called Steven first and called the ambulance second.  My fiance's brother lives around the corner from us, but it was Steven I called first because I knew he would be the first to respond and he was, even before the ambulance.
- When my fiancé had back surgery, Steven drove every day from his home in Staten Island to Mt. Sinai Hospital in Manhattan, and sat hours with him; and everyday he brought my fiancé his favorite food(s) from his favorite restaurant(s).
- When my son moved from upstate NY to downstate NY for a year, Steven immediately put his phone number in my son's phone and told him if he ever needed a ride home from a club/party or needed to talk, day or night no matter what time it was, to call him.  Steven also sat him down and gave him a no-nonsense speech about staying in school and doing the right things in his life.
- Two weeks ago, my fiancé was admitted to the hospital for a heart condition, by ambulance at 4 a.m. and rushed into surgery.  Steven was one of the first to be by my side at the hospital with reassurance that everything was going to be fine.  Not only did he bring reassurance and comfort, later that night, he returned with dinner making sure we had something to eat.
- With personal issues in my life, I have turned to Steven as both a father and a husband for advice.  He is always there to listen and never hesitates to intervene and be the sense of reason, when asked.

Respectfully,

*Deborah Evans*
Deborah Evans

# Winthrop Cardiology Associates, P.C.

**Kevin Marzo, MD, FACC, FSCAI**
Chief, Division of Cardiology

Tel: 516-663-2396
Fax: 516-663-9535
**Emergency No.: 516-297-8770**

Professor of Clinical Medicine
School of Medicine, Health Science Center
State University of New York at Stony Brook

April 19, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: STEVEN PASTORE**

Dear Judge Forrest:

Mr. Pastore is a longstanding patient in my practice with a history of prior cardiac bypass surgery approximately 15 years ago.

He had a recurrent myocardial infarction approximately one year ago and was treated at a hospital on Staten Island, NY. He is currently being followed by me for chronic heart disease, shortness of breath and angina, and requires long-term cardiac monitoring.

Please contact the office if you have any further questions.

Sincerely,

Kevin Marzo, MD, FACC

KM/as