Vivian Shevitz<br>
Attorney at Law<br>
46 Truesdale Lake Drive<br>
South Salem, New York 10590<br>
914-763-2122<br>
vivian@shevitzlaw.com

June 14, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. Steven Pastore- 15cr491(KBF)
           Request for guidance on potential hearing.

Dear Judge Forrest:

     I write in anticipation of Steven Pastore's sentencing and in response to AUSA Jordan's letter of today's date about forfeiture. The government believes that a hearing on forfeiture is necessary and sets forth a lot of argument and what it claims are "facts".

     I intend to respond by the (late) end of the day but have a medical appointment now. I also wanted the Court to know that, because I have surgery scheduled for June 28, I will not be able to do a hearing until the beginning of August.

                                         Very truly yours,
                                         /s/
                                         Vivian Shevitz.