Vivian Shevitz<br>
Attorney at Law<br>
46 Truesdale Lake Drive<br>
South Salem, New York 10590<br>
914-763-2122<br>
vivian@shevitzlaw.com

June 19, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Steven Pastore- 15cr491(KBF)
     Request for to allow travel through New Jersey

Dear Judge Forrest:

 I write to request an Order allowing Steven Pastore to travel from his home in Staten Island *through* the New Jersey route, to visit a friend who suffered a brain injury, now at the Helen Hayes Hospital, Route 9W N, West Haverstraw, New York 10993.

 It takes an hour and a half longer to go through New York State from Staten Island than to go through New Jersey.  Pretrial Services officer, Mohammed Ahmed, told Mr. Pastore it is "okay" with him, subject to Your Honor's approval.

 We therefore ask Your Honor to approve travel through New Jersey to the New York State (SDNY) destination.

            Very truly yours,
            /s/
By ecf           Vivian Shevitz
Mohammed Ahmed, Pretrial services (email)