Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122
vivian@shevitzlaw.com

July 16, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  United States v. Steven Pastore- 15cr491(KBF)
            Request for modification of Order directing
            parties to address legal forfeiture standards.

Dear Judge Forrest:

     Today, by endorsed order (DOC 680), this Court directed the parties to set forth their legal positions on forfeiture by July 27, in anticipation of defendant's sentencing on August 8, 2018. I ask for a modification. Mr. Pastore has already set forth his legal position, in his letter of June 26, 2018 (DOC 668). We thus ask the Court to modify the Order to permit a brief reply after the government makes its submission.

     We respectfully ask the Court to modify its order (DOC 680) and allow the defense four days to reply to the government's submission – until July 31, 2018.

                                              Very truly yours,
                                              /s/
                                              Vivian Shevitz

Larry J. Silverman, of counsel