# UNITED STATES DISTRICT COURT
for the

United State of America )
    *Plaintiff* )
v. ) Case No. 1:15-cr-00491-KBF
Steven Pastore )
    *Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEVEN PASTORE

Date: 8-8-18

    *Attorney's signature*

Larry J. Silverman LS4346
    *Printed name and bar number*

950 Third Avenue 32 FL
NY, NY 10022
    *Address*

ZORROESQ@GMAIL.COM
    *E-mail address*

212-425-1616
    *Telephone number*

212-425-0221
    *FAX number*