Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122
vivian@shevitzlaw.com

August 22, 2018

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. Steven Pastore- 15cr491(KBF)
          -Objection to government's proposed forfeiture
          Order and request to stay enforcement pending
          imprisonment.

Dear Judge Forrest:

     This letter on behalf of Steven Pastore regarding the proposed forfeiture order.

     Mr. Pastore respectfully asks that the Court stay enforcement of the forfeiture aspect of the sentencing judgment until Mr. Pastore is released from prison, and can reinstate Social Security and pension disability payments, and that the Court limit enforcement to the amount proposed by Probation when it recommended a payment schedule for the proposed fine (i.e., $400 month).

     The government declined to agree to these requests, because, it says, there are "substitute assets".  But the only assets available to the Pastore family stem from his disability payments, which will be stopped (as noted in the sentencing submissions) when Mr. Pastore is incarcerated, or Mr. Pastore's share of the family home.

1

The government – and the Court at sentencing – suggested that Mr. Pastore has other assets. He does not. The government followed him for the duration of this case, and had no basis to suspect that he goes anywhere, does anything, or has anything other than what one sees: his family home, and his family life.

As the Court is aware, that home is the only place where the Pastore family resides with their autistic son. It would be a shame – and an excessive punishment – were the family to lose it. If the government has a basis to say there is more, it should tell us.

If – as will happen – Mr. Pastore loses his disability payment from his Union pension, he will also lose health insurance. This is going to be a devastating situation. In order to afford this family some measure of relief, we therefore ask the Court to order that the forfeiture aspect of the judgment should be stayed until Mr. Pastore is released and his social security and union benefits are re-instated, and that thereafter, the defendant can satisfy the forfeiture judgment with a payment (as recommended by Probation) of $400 per month.

        Very truly yours,
        /s/
        Vivian Shevitz

Larry J. Silverman, of counsel